

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00401-CR

David **HINOJOSA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0444
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's brief was originally due October 19, 2022; however, the court granted an extension of time to file the brief until November 18, 2022. On November 17, 2022, appellant filed a motion requesting until December 16, 2022 to file the brief.

We **grant** the motion and **order** appellant's attorney, Niles Illich, to file the brief by **December 16, 2022**. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2022.



MICHAEL A. CRUZ, Clerk of Court